ROGER K. VEHRS, SBN 073018
Attorney at Law
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4211

Attorney for Defendant DAVID GEORGE SOLKAH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06 CR 00418 OWW |
| Plaintiff, | ASSOCIATION OF COUNSEL |
| v. | |
| DAVID GEORGE SOLKAH, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Attorney Roger K. Vehrs will associate Attorney Kirk W. McAllister as co-counsel in the above-entitled matter.

Attorney McAllister's address of record is:

  Kirk W. McAllister    SBN: 47324
  Certified Criminal Law Specialist
  California State Bar, Board of Legal Specialization
  1012 11th Street, Suite 100
  Modesto, CA 95354
   Telephone:  (209) 575-4844
   Facsimile:   (209) 575-0240

Dated: January 4, 2007

                              /S/ ROGER K. VEHRS
                              ROGER K. VEHRS
                              Attorney for Defendant
                              DAVID GEORGE SOLKAH

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

Upon reading the Association of Counsel regarding the defendant David George Solkah, the Court hereby approves the request of Association of Counsel.

**IT IS SO ORDERED:**

DATED:  __1/5/06_____

/s/ Oliver W. Wanger

_____

HONORABLE OLIVER W. WANGER

PDF created with pdfFactory trial version www.pdffactory.com