UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION



FILED
JUN 19 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The United States,

-vs-

David Solkah                              Docket No. 06-CR-0418 LJO

**COMES NOW** Lydia J. Serrano, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of, who was placed on bond by the Honorable Lawrence J. O'Neill, sitting in the Court at Fresno, on the 6th day of December, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Conspiracy to Manufacture Marijuana

**BOND CONDITIONS: Please see attached**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 14, 2007, the defendant made an attempt to contact codefendant Octavio Moreno through attempted contact with Mr. Moreno's teenage daughter at her school, in violation of the condition that Mr. Solkah avoid all contact with the name codefendants in this matter unless in the presence of counsel or as otherwise approved in advance by the Pretrial Services Officer.

**PRAYING THAT THE COURT WILL ORDER** this mater be placed on the court's calendar on Wednesday, June 20, 2007, at 1:30 pm, and the Pretrial Services Officer contact the defendant and attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 19, 2007

Respectfully submitted,

LYDIA J. SERRANO
Pretrial Services Officer

**ORDER**

_____  The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.
_____  The Court hereby orders this ex parte motion and order be sealed.
_____  The Court orders a summons be issued with an appearance date of _____.
✓  The Court hereby orders this matter placed on this court's calendar on __June 20, 2007__, at __1:30__ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
_____  The Court orders no action be taken.

Considered and ordered this __19th__ day of __June__, 20__07__, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge

rev. 1/93

**SOLKAH, David George**
**Docket No. 06-0418 LJO**

## ADDITIONAL CONDITIONS OF RELEASE

1. You are released on a $20,000 bond signed by Norma Solkah.

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You are released to the third party custody of Diane McCall;

5. You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

6. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the Pretrial Services Officer;

7. You shall seek and/or maintain employment, and provide proof thereof to the Pretrial Services Officer upon request;

8. You shall not associate or have any contact with the codefendants in this matter unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer;

9. You shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used;*

10. You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt; and,

11. You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer.