IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID GEORGE SOLKAH,<br><br>    Defendant. | 1:06-CR-418 LJO<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO DISMISS PRETRIAL SERVICES<br>VIOLATION PETITION |

O R D E R

IT IS HEREBY ORDERED that the Pretrial Services Violation Petition as to David Solkah be dismissed and the hearing on such petition, currently set for July 6, 2007, shall be vacated.

Dated: July 5, 2007              /s/ *Dennis L. Beck*
                                 Honorable Dennis L. Beck
                                 U.S. Magistrate Judge

1