# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 14 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
DEPUTY CLERK

| | |
|---|---|
| United States of America | )<br>)<br>) Case No. 06-0418 LJO<br>)<br>) |
| vs. | |
| David George Solkah | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __David George Solkah__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following condition:

You shall participate in a program of medical or psychiatric treatment including mental health treatment and/or treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_David Solkah_   2-2-08          _Lydia Serrano_   1-11-07
Signature of Defendant   Date    Pretrial Services Officer   Date
David George Solkah              Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_Kathl Ast_                                       1/14/08
Signature of Assistant United States Attorney    Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_signature_ KIRK D. McALLISTER        2 January 08
Signature of Defense Counsel          Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  1/14/2008
☐ The above modification of conditions of release is *not* ordered.

_signature_                                      1/14/2008
Signature of Judicial Officer                    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services