ROGER K. VEHRS, SBN 073018
Attorney at Law
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 442-4211

Attorney for Defendant
DAVID GEORGE SOLKAH

# UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:06-CR-00418-007-LJO |
| Plaintiff, | REQUEST FOR EXTENSION OF TIME TO SURRENDER AND ORDER THEREON |
| v. | |
| DAVID GEORGE SOLKAH, | |
| Defendant. | |

Defendant, David George Solkah, by and through his attorney of record, Roger K. Vehrs, hereby request that Court authorize a three week extension of time for him to surrender to the United States Marshal's Office at a designated facility. The reason for this request is that Mr. Solkah's paperwork has not been completed and there has been no designation of a surrender location, and thus, the extension is necessary so that he can self-surrender.

Dated: August 11, 2008          /s/ Roger K. Vehrs
                                ROGER K. VEHRS
                                Attorney for Defendant, DAVID GEORGE SOLKAH

///

///

///

## **ORDER**

  **IT IS SO ORDERED** upon reading, the request of defendant David George Solkah and for good cause the extension of time is hereby granted and he is ordered to surrender to the U.S. Marshal's Office or designated institution on or before September 1, 2008.

IT IS SO ORDERED.

**Dated:   August 12, 2008**              /s/ Lawrence J. O'Neill
                UNITED STATES DISTRICT JUDGE