ROGER K. VEHRS, SBN 073018
Attorney at Law
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 442-4211
Facsimile: (559) 442-4127
E-mail: rvehrs@vehrslaw.com

Attorney for Defendant, DAVID GEORGE SOLKAH

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:06-CR-00418-LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) SURRRENDER DATE, AND ORDER |
| v. | ) THEREON |
| DAVID GEORGE SOLKAH, | ) DATE: September 1, 2008 |
| | ) TIME: 8:45 A.M. |
| Defendant. | ) DEPT.: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties through their attorneys of record that the hearing presently scheduled before the Hon. Lawrence J. O'Neill on September 1, 2008 at 8:45 a.m., be continued to September 8, 2008, at 8:35 A.M. The reason for this request is that there has been no designation of a surrender location and the current surrender date was erroneously set for September 1, 2008, which is a holiday.

Dated: August 26, 2008         /s/ Roger K. Vehrs
                               ROGER K. VEHRS
                               Attorney for Defendant, DAVID GEORGE SOLKAH

                               McGREGOR W. SCOTT, United States Attorney

Dated: August 26, 2008         By: /s/ Kathleen A. Servatius
                               KATHLEEN A. SERVATIUS, Assistant U.S. Attorney
                               Attorney for Plaintiff

**ORDER**

_____**IT SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

1  ROGER K. VEHRS, SBN 073018
2  Attorney at Law
3  2300 Tulare Street, Suite 250
4  Fresno, California 93721
5  Telephone: (559) 442-4211
6
7  Attorney for Defendant, DAVID GEORGE SOLKAH

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:06-CR-00418-007LJO |
| | ) | |
| Plaintiff, | ) | DECLARATION OF ROGER K. VEHRS IN |
| | ) | SUPPORT OF STIPULATION TO |
| v. | ) | CONTINUE SURRENDER DATE, AND |
| | ) | ORDER THEREON |
| DAVID GEORGE SOLKAH, | ) | |
| | ) | DATE:        September 1, 2008 |
| Defendant. | ) | TIME:         8:45 A.M. |
| | ) | DEPT.:       Hon. Lawrence J. O'Neill |
| | ) | |

I, Roger K. Vehrs, declare and state as follows:

1. That I am an attorney duly licensed to practice law in all the courts of the State of California, and before the United States Court for the Eastern District of California, and I represent Defendant David George Solkah.

2. The surrender date presently scheduled for Mr. Solkah to surrender was erroneously set for September 1, 2008 at 8:45 a.m., which is national holiday.

3. I was called today by the U.S. Marshal's Office and told that there was no surrender location designated, that I needed to request a brief continuance of the surrender date to September 8, 2008. Hopefully, by then we will have a designation and Mr. Solkah will report to that facility.

4. I have tried to inform Assistant U.S. Attorney Kathleen A. Servatius of my request and she was in trial and thus, I left a voice mail message and advised her if she objected to advise the Court. I believe that she is in trial in Department 4 and thus, the Court should be seeing her on a daily basis.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true

Stipulation to Continue Surrender Date And Order Thereon

4

and correct. Executed this 26th day of August 2008, in Fresno, California.

                          /s/ Roger K. Vehrs
                          ROGER K. VEHRS, Attorney for
                          DAVID GEORGE SOLKAH

IT IS SO ORDERED.

**Dated:   August 26, 2008**                **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE